UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAIN,<br><br>        Plaintiff,<br><br>  v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>        Defendant. | Case No.: 2:09-CV-00340 JAM-EFB<br><br>RELATED CASE ORDER |
| REGINA CAIN,<br><br>        Plaintiff,<br><br>  v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>        Defendant. | Case No.: 2:09-CV-00380 WBS-DAD |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of E.D. Cal. Local Rule 83-123. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under

Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:09-cv-00380-WBS-DAD be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:09-cv-00380-JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 20, 2009

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE